UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

Plaintiff,

vs.

Michael Pomeroy, Jeff Gottstein, in their individual capacities as officer of the Woodbury Police Department, and the City of Woodbury,

Defendants.

---

Case No. 00-CV-2191(MJD/SRN)

STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULE

WHEREAS the December 4, 2000, Scheduling Order requires plaintiff to make a full expert disclosure by August 1, 2001, and defendants by September 17, 2001;

WHEREAS both counsel have diligently tried to conduct meaningful discovery since the issuance of the court's order;

WHEREAS the parties to this case are presently awaiting two rulings (on plaintiff's motion for Grand Jury transcripts in Washington County District Court and on plaintiff's motion to this Court regarding the defendants' psychological records);

WHEREAS plaintiff's counsel intends to schedule the depositions of the defendant officers as soon as the two motions are resolved, but is uncertain of when that will occur;

WHEREAS the plaintiff's expert will be unable to effectively make his report without the deposition testimony of the defendant officers;

IT IS HEREBY STIPULATED AND AGREED TO by the parties to the above-captioned action, acting through their respective undersigned counsel, that:

1. In order to discover all the relevant facts in the above-captioned matter, it is necessary to extend the plaintiff's expert disclosure deadline until September 17, 2001, and the defendants' expert disclosure deadline until October 29, 2001;

2. No other deadlines will be impacted by this scheduling change.

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: June 22, 2001

GARTNER, BENNETT & SCHUPP, PC

By: ______________________
Robert Bennett
*Attorneys for Plaintiff*
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3839

Dated: June 26, 2001

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________
Pierre N. Regnier
*Attorneys for Defendants*
Suite 2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101-2160
(651) 290-6500

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED:**

That the pre-trial schedule dated December 4, 2000, is amended. The amended date on which the plaintiff's expert disclosures are due is September 17, 2001. The amended date on which the defendants' expert disclosures are due is October 29, 2001.

Dated this 27th day of June 2001

**BY THE COURT:**

______________________
Susan Richard Nelson
United States Magistrate Judge

776/stip-amend