UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 00-CV-2191 (MJD/SRN)

---

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

Plaintiff,

vs.

**_STIPULATION OF DISMISSAL AND ORDER_**

Michael Pomeroy, Jeff Gottstein, in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury,

Defendants.

---

**IT IS HEREBY STIPULATED** by and between the Plaintiff, through her attorney, and by the Defendants Jeff Gottstein and the City of Woodbury, through their attorney, that the Plaintiff's claims in their entirety against the Defendants Jeff Gottstein and the City of Woodbury are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees arising out of this litigation to be awarded to either party.

GARTNER, BENNETT & SCHUPP, PC.

By: [signature]
ROBERT BENNETT (#6713)
Attorneys for Plaintiff
One Financial Plaza, Suite 2200
120 South Sixth Street
Minneapolis, Minnesota 55402-1824
Phone: 612/333-3839

Dated: 9/10/01

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: [signature]
PIERRE N. REGNIER (#90232)
JOSEPH E. FLYNN (#165712)
Attorneys for Defendants Jeff Gottstein and and City of Woodbury
2100 U.S.Bancorp/Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101-2160
Phone: 651/290-6500

Dated: 9-7-01

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

## ORDER

Pursuant to the above Stipulation, **IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendants Jeff Gottstein and the City of Woodbury are hereby dismissed in their entirety with prejudice and without costs, disbursements or attorneys' fees arising out of this action to any of the parties.

**BY THE COURT**

**MICHAEL J. DAVIS**
**JUDGE OF U.S. DISTRICT COURT**

Dated: 9-17-01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500