UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2191 (MJD/SRN)

PARKS,

Plaintiff,

v.

POMEROY, ET AL.,

Defendants.

---

Due to the fact that this case is currently under appeal to the Eighth Circuit of Appeals, the notification of trial issued on August 5, 2003, with respect to the above entitled matter is **VACATED**.

Dated: Aug 6, 03

Debra C Halfman
DEBRA C. HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis

AUG 07 2003
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INTIALS ____