# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2043

00-2191 MJD/SRN

| | | |
|---|---|---|
| Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks, | * | |
| Appellee, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Michael Pomeroy, in his individual capacity as an officer of the Woodbury Police Department, | * | |
| Appellant. | * | |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

November 5, 2004

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
DEC 2 9 2004
U.S. DISTRICT COURT