**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tamara Jean Parks,
Individually and as Trustee
for the heirs and next of kin
of Perry Michael Parks,

Civil File No. 00-2191 (MJD/SRN)

Plaintiff,

v.

**ORDER**

Michael Pomeroy, Jeff
Gottstein in their individual
capacities as officers of the
Woodbury Police Department,
and the City of Woodbury,

Defendants

---

Robert Bennett and Eric Haggeman, Flynn, Gaskins & Bennett, L.L.P. for and on behalf of Plaintiff.

Pierre N. Regnier and Joseph E. Flynn, Jardine, Logan & O'Brien, P.L.L.P. for and on behalf of Defendant Michael Pomeroy.

---

This matter is before the Court pursuant to the order of remand from the Eighth Circuit Court of Appeals in Parks v. Pomeroy, 387 F.3d 949 (8th Cir. 2004). On appeal from this Court's Order dated March 14, 2003, denying Defendant Pomeroy's motion for summary judgment, the Eighth Circuit found that this Court erred by not granting Pomeroy qualified immunity and remanded the action for further proceedings consistent with its opinion. Parks, 387 F.3d at 958.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Pomeroy's Motion for Summary Judgment [Docket No. 20] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court