✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tamara Jean Parks, Individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

V.

Michael Pomeroy, Jeff Gottstein in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2191 MJD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Pomeroy's Motion for Summary Judgment (Docket No. 20) is GRANTED.

February 3, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk