# UNITED STATES DISTRICT COURT

District of Minnesota

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

Case No. 00-2191 MJD/SRN

Plaintiff,

vs.

**BILL OF COSTS**

Michael Pomeroy, Jeff Gottstein in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury,

Defendants.

Judgment having been entered in the above-entitled action on February 3, 2005 against Plaintiff the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see attached) | $4,483.24 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$4,483.24** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

MR ROBERT BENNETT
**FLYNN GASKINS & BENNETT**
333 S SEVENTH ST SUITE 2900
MINNEAPOLIS MN 55402

Dated: March 3, 2005

By: s/ Joseph E. Flynn
**JOSEPH E. FLYNN** (A.R. #165712)
Attorney for Defendants

Costs are taxed in the amount of ________________________ and included in the judgment.

| | By: | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |

**DEPOSITION TRANSCRIPTS**

| | |
|---|---|
| Tamara J. Parks | $1,155.80 |
| Stephanie Parks | 450.85 |
| Stacy Parks | 296.95 |
| Gary Walton and Nathaniel Pearlson | 270.44 |
| Christopher Ployhart, Jason Posel and Jeffrey Gort | 561.00 |
| Joseph Jensen, Chris Caulkins and Stephen Wills | 442.00 |
| David Petersen | 193.34 |
| Dr. Michael McGee | 208.56 |
| Michael Pomeroy | 423.64 |
| Jeff Gottstein | 480.66 |
| **TOTAL:** | **$4,483.24** |