## UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks, | Case No. 00-2191 MJD/SRN |
| Plaintiff, | **BILL OF COSTS** |
| vs. | |
| Michael Pomeroy, Jeff Gottstein in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury, | |
| Defendants. | |

Judgment having been entered in the above-entitled action on February 3, 2005 against Plaintiff the Clerk is requested to tax the following as costs:

Fees of the Clerk

Fees for service of summons and subpoena

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see attached)     $4,483.24

Fees and disbursements for printing

Fees for witnesses (itemize on reverse side)

Fees for exemplification and copies of papers necessarily obtained for use in the case

Docket fees under 28 U.S.C. 1923

Costs as shown on Mandate of Court of Appeals

Compensation of court-appointed experts

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828

Other costs (please itemize)
**TOTAL**     $4,483.24
SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

      MR ROBERT BENNETT
      **FLYNN GASKINS & BENNETT**
      333 S SEVENTH ST SUITE 2900
      MINNEAPOLIS MN 55402

Dated: March 3, 2005            By: s/ Joseph E. Flynn
                                               **JOSEPH E. FLYNN** (A.R. #165712)
                                               Attorney for Defendants

Costs are taxed in the amount of _____ and included in the judgment.

## DEPOSITION TRANSCRIPTS

| | |
|---|---:|
| Tamara J. Parks | $1,155.80 |
| Stephanie Parks | 450.85 |
| Stacy Parks | 296.95 |
| Gary Walton and Nathaniel Pearlson | 270.44 |
| Christopher Ployhart, Jason Posel and Jeffrey Gort | 561.00 |
| Joseph Jensen, Chris Caulkins and Stephen Wills | 442.00 |
| David Petersen | 193.34 |
| Dr. Michael McGee | 208.56 |
| Michael Pomeroy | 423.64 |
| Jeff Gottstein | 480.66 |
| **TOTAL:** | **$4,483.24** |

INVOICE



# Kirby A. Kennedy & Associates

*Quality Court Reporting and Legal Videography*

Remit to:
219 Edina Executive Plaza
5200 Willson Road
Minneapolis, MN 55424

Phone: (952) 922-1955
Fax: (952) 922-0371
e-mail: Kreporters@aol.com
*Federal Tax ID 41-1373121*

Mr. Pierre N. Regnier, Esquire
JARDINE, LOGAN & O'BRIEN, PLLP
2100 USBank Piper Jaffray Plaza
444 Cedar Street
Saint Paul, MN 55101-2160

Invoice
9009

| Date | Client | Job Ref |
|---|---|---|
| 03/22/2001 | 570 | SJK031301 |

Re: PARKS VS. POMEROY, ET AL.
Assignment Date: March 13, 2001

DEPOSITION OF TAMARA J. PARKS

FOR THE ORIGINAL AND ONE          1,138.25
EXHIBITS                             17.55

DEPOSITION OF STEPHANIE J. PARKS

FOR THE ORIGINAL AND ONE            444.55
EXHIBITS                              6.30

DEPOSITION OF STACY A. PARKS

FOR THE ORIGINAL AND ONE            290.65
EXHIBITS                              6.30
                                ==========
               Total Amount $     1,903.60

The Sealed Originals are herewith enclosed.
Exhibits 1-21 attached to T. Parks transcript, Exhibits 22 and 23 attached to Stephanie Parks transcript and Exhibit 24 attached to Stacy Parks transcript.
All-Word Indices, Depo-Squishes and Ascii
Disks also enclosed for your convenience.

Thank You.

Sandra J. Kruger, RPR, CSR

         Please Make Checks Payable To:
            Kirby A. Kennedy & Associates
            Federal Tax Id#: 41-1373121

Client Copy

A FINANCE CHARGE OF 1 1/2% PER
MONTH OR 18% PER ANNUM WILL BE
CHARGED ON ACCOUNTS 30 DAYS
PAST DUE. TERMS NET 30 DAYS

Becky Skorpak  
Affiliated Court Reporters  
2935 Old Highway 8  
St. Paul, MN  55113  

INVOICE 204  
DATE    6/8/01  

Mr. Pierre N. Regnier  
Jardine Logan & O'Brien  
444 Cedar St., Suite 2100  
St. Paul, MN  55101  

Terms  
30 Days     Re:  Parks vs. Pomeroy, et al.

| Description | Amount |
|---|---|
| One copy of the depositions of Gary Walton and Nathaniel Pearlson, Volume I, taken on June 5, 2001 at Minneapolis. | 270.44 |

Make check payable to:

Becky Skorpak  
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  

Thank you.

| | |
|---|---|
| Subtotal | 270.44 |
| Total | $270.44 |

Amount Paid  $0  
Amount Due   $270.44

**DIANE M. GROBE**
**Court Reporter**
**7633 Bryant Avenue South**
**Minneapolis, Minnesota   55423**
**Phone:  612-866-7718    Fax:  612-869-2534**
**E-mail:  Weldon CR@aol.com**

Mr. Joseph E. Flynn
Attorney at Law
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN  55101

Re:  Tamara Jean Parks vs. <u>Michael Pomeroy, Jeff Gottstein, and the City of Woodbury</u>

July 20, 2001

---

| | |
|---|---:|
| For One Copy of the Depositions of CHRISTOPHER PLOYHART, JASON POSEL, and JEFFREY GORT, taken on the 11th day of July, 2001, in Minneapolis, MN | $ 561.00 |

---

The Original Depositions will be sent to Mr. Hageman upon completion of the reading and signing.

Thank you,

*[signature: Diane M. Grobe]*

Diane M. Grobe
Court Reporter

\*\* Terms:  Net 30 days

MAKE CHECKS PAYABLE TO:
DIANE M. GROBE
SOC. SEC. NO. ███

**DIANE M. GROBE**
Court Reporter
7633 Bryant Avenue South
Minneapolis, Minnesota 55423
Phone: 612-866-7718   Fax: 612-869-2534
E-mail: Weldon CR@aol.com

Mr. Joseph E. Flynn
Attorney at Law
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Re: Tamara Jean Parks vs. <u>Michael Pomeroy, Jeff Gottstein, and the City of Woodbury</u>

July 31, 2001

---

| | |
|---|---:|
| For One Copy of the Depositions of JOSEPH JENSEN, CHRIS CAULKINS and STEPHEN WILLS, taken on the 24th day of July, 2001, in Minneapolis, Minnesota | $ 442.00 |

---

The Original Depositions will be sent to Mr. Hageman upon completion of the reading and signing.

Thank you,


Diane M. Grobe
Court Reporter

** Terms: Net 30 days                    MAKE CHECKS PAYABLE TO:
                                         DIANE M. GROBE
                                         SOC. SEC. NO. ▅▅▅▅▅▅▅

Becky Skorpak
Affiliated Court Reporters
2935 Old Highway 8
St. Paul, MN  55113

INVOICE 206
DATE     6/13/01

Mr. Joseph E. Flynn
Jardine Logan & O'Brien
444 Cedar St., Suite 2100
St. Paul, MN  55101

Terms
30 Days      Re:  Parks vs. Pomeroy, et al.

| Description | Amount |
|---|---|
| One copy of the deposition of David Petersen taken on June 6, 2001 at Minneapolis. | 193.34 |

Make check payable to:

Becky Skorpak
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

Thank you.

|  | Subtotal | 193.34 |
|---|---|---|
|  | Total | $193.34 |

Amount Paid $0
Amount Due  $193.34



**Affiliated Court Reporters**
2935 Old Highway 8
St. Paul, Minnesota 55113

| DATE | INVOICE # |
|---|---|
| 8/4/01 | 2069 |

Joseph E. Flynn
Jardine, Logan & O'Brien
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101

| RE: | Parks vs. Pomeroy | TERMS: NET 30 |
|---|---|---|
| | **DESCRIPTION** | **AMOUNT** |
| | For One Copy of the Deposition of Dr. Michael McGee, taken in St. Paul, Minnesota, on July 25, 2001.<br><br>Thank you,<br><br>Patricia A. Hulse<br><br>Make Check Payable to:<br><br>JPJ, Inc.<br>Fed ID #41-1736129<br><br>If you have any questions regarding this bill, please call (651) 455-6554. | 208.56 |
| | Total | $208.56 |

Becky Skorpak
Affiliated Court Reporters
2935 Old Highway 8
St. Paul, MN 55113

INVOICE 241
DATE     8/21/01

Mr. Pierre N. Regnier
Jardine, Logan & O'Brien
444 Cedar St., Suite 2100
St. Paul, MN 55101

Terms
30 Days     Re:  Parks vs. Pomeroy, et al.

| Description | Amount |
|---|---|
| One copy of the deposition of Michael Pomeroy taken on August 15, 2001 at Minneapolis. | 423.64 |

Make check payable to:

Becky Skorpak
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

Thank you.

| | |
|---|---|
| Subtotal | 423.64 |
| Total | $423.64 |

Amount Paid  $0
Amount Due   $423.64



**Affiliated Court Reporters**
**2935 Old Highway 8**
**St. Paul, Minnesota 55113**

| DATE | INVOICE # |
|---|---|
| 8/28/01 | 2083 |

Pierre N. Regnier
Jardine, Logan & O'Brien
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101

| RE: | Parks vs. Pomeroy | TERMS: NET 30 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| For One Copy of the Deposition of Jeffrey Gottstein, taken in St. Paul, Minnesota, on August 14, 2001. | | 480.66 |

Thank you,

Patricia A. Hulse

Make Check Payable to:

JPJ, Inc.
Fed ID #41-1736129

If you have any questions regarding this bill, please call (651) 455-6554.

| | Total | $480.66 |
|---|---|---|