# ***United States District Court***
# *District of Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-2191 MJD/SRN
Title of Action: Tamara Jean Parks, et al. v. Michael Pomeroy, et al.

TO COUNSEL:

You are hereby notified that a bill of Costs was filed by Michael Pomeroy, in the above action on March 4, 2005.

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of the date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: March 4, 2005

RICHARD D. SLETTEN, CLERK

By s/Rena L. Riemer
Rena L. Riemer, Deputy Clerk