UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

Plaintiff,

vs.

Michael Pomeroy, Jeff Gottstein, in their individual capacities as officer of the Woodbury Police Department, and the City of Woodbury,

Defendants.

---

Case No. 00-CV-2191(MJD/SRN)

AFFIDAVIT OF ERIC HAGEMAN IN OPPOSITION TO DEFENDANTS' BILL OF COSTS

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Eric Hageman, being first duly sworn on oath, depose and state as follows:

1. I am one of the attorneys for plaintiff in the above-captioned matter and make this affidavit in opposition to defendants' Bill of Costs.

2. Under the United States District Court for the District of Minnesota's procedure for taxing costs, the Clerk's authority to tax the cost of a deposition is limited to:

a. depositions of persons who testify at trial;

b. depositions admitted into evidence; and

c. depositions which are submitted in connection with the event, generally summary judgment or trial, which terminated the litigation.

The Clerk does not tax the cost of depositions taken for the purposes of discovery or trial preparation.

3. Defendants are not entitled to tax costs for the following depositions not admitted into evidence:

a. Jason Posel

b. Jeffrey Gort
c. Joseph Jensen
d. Chris Caulkins
e. Stephen Wills.

4. The bill submitted for the depositions of Christopher Ployhart, Jason Posel and Jeffrey Gort should be reduced by two-thirds for the non-taxable depositions of Jason Posel and Jeffrey Gort, entitling defendants to $187 for the deposition of Christopher Ployhart, and reducing the defendants' Bill of Costs in the amount of $374.

5. Defendants' bill submitted for the depositions of Joseph Jensen, Chris Caulkins and Stephen Wills, in the amount of $442, should be denied in full.

6. Based on the foregoing, defendants' Bill of Costs should be reduced by $820. The defendants are therefore entitled to only $3,663.24 in costs.

s/Eric Hageman
Eric Hageman

Subscribed and sworn to before me
this 8th day of March, 2005.

s/Sandra L. Barrett
Notary Public

rb/15627/aff-eh