CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I electronically filed the Affidavit of Eric Hageman with the clerk of the court by using the ECF which will send a notice of electronic filing to the following:

Joseph E Flynn jflynn@jlolaw.com, nhendrickson@jlolaw.com
Pierre N Regnier pregnier@jlolaw.com, sfalzone@jlolaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants: N/A.

March 8, 2005

s/ Eric Hageman
258180
Attorney for Plaintiff
Flynn, Gaskins & Bennett, L.L.P.
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 333-9553
Fax: (612) 333-9579
ehageman@flynn.gaskins.com