**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I caused the following documents:

**AFFIDAVIT OF JOSEPH E. FLYNN IN SUPPORT OF BILL OF COSTS;**

**AND**

**CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Robert Bennett:** rbennett@flynngaskins.com

Dated: March 9, 2005

s/ Joseph E. Flynn

Joseph E. Flynn
Attorney Registration No: 165712
Attorney for Defendants
JARDINE, LOGAN & O'BRIEN, P.L.L.P.
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, Minnesota 55042
Phone: 651-290-6500; Direct: 651-290-7416
Fax: 651-223-5070
Attorney's E-mail Address: jflynn@jlolaw.com