**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks

Plaintiff

-vs- Civ. 00-2191 (MJD/SRN)

Michael Pomeroy, Jeff Gottstein in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury

Defendants

**COST JUDGMENT**

The costs of the Defendants, Michael Pomeroy, Jeff Gottstein and the City of Woodbury have been taxed and allowed by the Clerk of this Court against the Plaintiff, Tamara Jean Parks as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case | | 4,483.24 | 4,483.24 |
| TOTAL: | $ | 4,483.24 | 4,483.24 |

Costs, therefore, are taxed in the sum of FourThousand Four Hundred Eighty-Three Dollars and 24/100 in favor of the Defendants, Michael Pomeroy, Jeff Gottstein and the City of Woodbury and against the Plaintiff, Tamara Jean Parks, judgment is entered accordingly. Motion for review by the Court made be made within five days hereafter and filed with the Clerk of Court.

Dated at Duluth, Minnesota, this 25th day of March 2005.

RICHARD D. SLETTEN, CLERK

By___s/Susan E. Anderson____
Susan E. Anderson
Division Manager