CV# 00-2191 MJD/SRN 1929840

FILED
MAY 3 1 2005
MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 23, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Tamara Jean Parks, Individually and as Trustee for the Heirs and Next of Kin of Perry Michael Parks
v. Michael Pomeroy, in his Individual Capacity as an Officer of the Woodbury Police Department
No. 04-1268
(Your No. 03-2043)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
JUL 2 5 2005
U.S. DISTRICT COURT MPLS

RECEIVED
MAY 3 1 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL
2005 JUL 25 AM 9:45
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: July 19, 2005

RE: 03-2043 Tamara Jean Parks vs. Michael Pomeroy

Supreme Court No. 04-1268
District Court/Agency Case Number(s): CIV 00-2191 MJD/SRN

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

cc:

(5403-010199)
cmd