**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Case No: 00-CV-2191 (MJD/SRN)**

Tamara Jean Parks, individually and as Trustee for the heirs and next of kin of Perry Michael Parks,

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT FOR COSTS**

Michael Pomeroy, Jeff Gottstein, in their individual capacities as officers of the Woodbury Police Department, and the City of Woodbury,

Defendants.

Defendants, Michael Pomeroy, Jeff Gottstein and the City of Woodbury, the undersigned Judgment Creditors, hereby certify that the judgment entered and docketed in the Court above-named in the action above-entitled on the 25th day of March, 2005, in favor of the Defendants and against the Plaintiff, Tamara Jean Parks, for the sum of Four Thousand Four Hundred Eighty-Three and 24/100 ($4,483.24), Dollars, has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

**IN TESTIMONY WHEREOF** I have hereunto set my hand this 22nd day of August, 2005.

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: s/ Joseph E. Flynn

JOSEPH E. FLYNN (A.R.#165712)
Attorney for Defendants
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
(651) 290-6500