**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2005, I caused the following documents:

**SATISFACTION OF JUDGMENT FOR COSTS**

**CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Robert Bennett:** rbennett@flynngaskins.com

Dated: August 22, 2005

s/ Joseph E. Flynn
Joseph E. Flynn
Attorney Registration No: 165712
Attorney for Defendants
JARDINE, LOGAN & O'BRIEN, P.L.L.P.
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Phone: 651-290-6500; Direct: 651-290-7416
Fax: 651-223-5070
Attorney's E-mail Address: jflynn@jlolaw.com