UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECEIVED
APR 20 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# RECORDS TRANSMITTAL SHEET

**DATE:** April 17, 2006

RE: 03-2043 Tamara Jean Parks vs. Michael Pomeroy

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file:

Deposition:

Exhibits: envelope "A"

Other:

Transcript:

Sealed:

[x] Case closed

[ ] Per your request

[ ] Counsel appointed

[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 00-2191 MJD/SRN

jjf

SCANNED
APR 20 2006
U.S. DISTRICT COURT MPLS